US DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NUMBER: 1:14CV22393

EUROSPORT ACTIVE WORLD CORPORATION, INC.,
    Plaintiff,

vs.

BANQUE CANTONALE NEUCHATELOISE
a/k/a BANQUE CANTONALE NEUCHATEL
a/k/a BCN, a Swiss Banking Corporation, DAVID
MOSER, individually and as employee and agent for
BANQUE CANTONALE NEUCHATEL, and
NELCY MAYOREZ-BOVET a/k/a"CX2", individually
and as employee and agent for BANQUE CANTONALE
NEUCHATEL,
    Defendant(s).
_____/

## SUMMONS IN A CIVIL ACTION

To:    NELCY MAYOREZ-BOVET
        c/o BANQUE CANTONALE NEUCHATELOISE
        PLACE PURY 4
        2000 NEUCHATEL, SWITZERLAND

A lawsuit has been filed against you.

Within twenty-one (21) days after service of this Summons on you (not counting the day you received it) – or sixty (60) days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the Plaintiff an Answer to the attached Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure.  The Answer or Motion must be served on the Plaintiff or Plaintiff's attorney, whose name and address are:

COREY E. HOFFMAN, ESQ.
C/O COREY E. HOFFMAN, P.A.
3250 MARY STREET, SUITE 303
COCONUT GROVE, FLORIDA 33133
TEL: (305) 443-5600
FAX: (305) 443-6624
corey@coreyhoffman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Complaint.  You also must file your Answer or Motion with the Court.



**JUN 27, 2014**
Date

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

US DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NUMBER: 1:14CV22393

EUROSPORT ACTIVE WORLD CORPORATION, INC.,
    Plaintiff,

vs.

BANQUE CANTONALE NEUCHATELOISE
a/k/a BANQUE CANTONALE NEUCHATEL
a/k/a BCN, a Swiss Banking Corporation, DAVID
MOSER, individually and as employee and agent for
BANQUE CANTONALE NEUCHATEL, and
NELCY MAYOREZ-BOVET a/k/a"CX2", individually
and as employee and agent for BANQUE CANTONALE
NEUCHATEL,
    Defendant(s).
_____/

## SUMMONS IN A CIVIL ACTION

To:    BANQUE CANTONALE NEUCHATELOISE
        PLACE PURY 4
        2000 NEUCHATEL, SWITZERLAND

A lawsuit has been filed against you.

Within twenty-one (21) days after service of this Summons on you (not counting the day you received it) – or sixty (60) days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the Plaintiff an Answer to the attached Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. The Answer or Motion must be served on the Plaintiff or Plaintiff's attorney, whose name and address are:

COREY E. HOFFMAN, ESQ.
C/O COREY E. HOFFMAN, P.A.
3250 MARY STREET, SUITE 303
COCONUT GROVE, FLORIDA 33133
TEL: (305) 443-5600
FAX: (305) 443-6624
corey@coreyhoffman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Complaint. You also must file your Answer or Motion with the Court.

__JUN 27, 2014__
Date



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

US DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NUMBER: 1:14CV22393

EUROSPORT ACTIVE WORLD CORPORATION, INC.,
    Plaintiff,

vs.

BANQUE CANTONALE NEUCHATELOISE
a/k/a BANQUE CANTONALE NEUCHATEL
a/k/a BCN, a Swiss Banking Corporation, DAVID
MOSER, individually and as employee and agent for
BANQUE CANTONALE NEUCHATEL, and
NELCY MAYOREZ-BOVET a/k/a"CX2", individually
and as employee and agent for BANQUE CANTONALE
NEUCHATEL,
    Defendant(s).
_____/

### SUMMONS IN A CIVIL ACTION

To:     DAVID MOSER
        c/o BANQUE CANTONALE NEUCHATELOISE
        PLACE PURY 4
        2000 NEUCHATEL, SWITZERLAND

A lawsuit has been filed against you.

Within twenty-one (21) days after service of this Summons on you (not counting the day you received it) – or sixty (60) days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the Plaintiff an Answer to the attached Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. The Answer or Motion must be served on the Plaintiff or Plaintiff's attorney, whose name and address are:

COREY E. HOFFMAN, ESQ.
C/O COREY E. HOFFMAN, P.A.
3250 MARY STREET, SUITE 303
COCONUT GROVE, FLORIDA 33133
TEL: (305) 443-5600
FAX: (305) 443-6624
corey@coreyhoffman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Complaint. You also must file your Answer or Motion with the Court.

**JUN 27, 2014**
Date



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts