UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

### Case Number:  14-22393-CIV-MARTINEZ-GOODMAN

EUROSPORT ACTIVE WORLD
CORPORATION, INC.,

      Plaintiff,

vs.

BANQUE CANTONALE NEUCHATELOISE,
et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO SERVE

THIS CAUSE came before the Court upon *sua sponte* review.  The Court has carefully considered the record and is otherwise duly advised.  The Complaint was filed on June 27, 2014. The time to serve Defendants Banque Cantonale Neuchateloise, Nelcy Mayorez-Bovet and David Moser ("Defendants"), under Rule 4(m) of the Federal Rules of Civil Procedure has passed, and to date, Plaintiff Eurosport Active World Corporation, Inc. has not filed an executed return of service or requested an extension of time to accomplish service.  It is hereby:

**ORDERED AND ADJUDGED** that

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this case is dismissed without prejudice for failure serve Defendants within 120 days after filing the complaint.  The Clerk is directed to mark this case **CLOSED** and deny all pending motions as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this _10_ day of November, 2014.

                                                  _____

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record