US DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NUMBER: 1:14CV22393

EUROSPORT ACTIVE WORLD CORPORATION, INC.,
    Plaintiff,

vs.

BANQUE CANTONALE NEUCHATELOISE
a/k/a BANQUE CANTONALE NEUCHATEL
a/k/a BCN, a Swiss Banking Corporation, DAVID
MOSER, individually and as employee and agent for
BANQUE CANTONALE NEUCHATEL, and
NELCY MAYOREZ-BOVET a/k/a"CX2", individually
and as employee and agent for BANQUE CANTONALE
NEUCHATEL,
    Defendant(s).
_____/

## MOTION TO VACATE ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO SERVE

THE PLAINTIFF, EUROSPORT ACTIVE WORLD CORPORATION, INC. (hereinafter Plaintiff"), moves this Court to Vacate the Order of Dismissal Without Prejudice for Failure to Serve (a copy of which is attached hereto), entered on November 10, 2014 by this Honorable Court, and for grounds states the following:

1. The Defendants, BANQUE CANTONALE NEUCHATELOISE a/k/a BANQUE CANTONALE NEUCHATEL a/k/a BCN, a Swiss Banking Corporation (hereinafter "Bank" or "Defendant" or "BCN"), DAVID MOSER, individually and as employee and agent for BANQUE CANTONALE NEUCHATEL (hereinafter "MOSER" or "Defendant"), and NELCY MAYOREZ-BOVET a/k/a "CX2", individually and as employee and agent for BANQUE CANTONALE NEUCHATEL (hereinafter "MAYOREZ-BOVET" or "Defendant") (hereinafter collectively as "Defendants"), are foreign nationals and residents of the Country of Switzerland.

2. Defendants, BCN and MAYOREZ-BOVET, were served on or about November 3, 2014 (see attached proof of service) and the attorney who will be representing the Defendants has agreed to accept service for the Defendant MOSER. All the Defendants were served

(or were to be served) pursuant to Rule 4(f), *Serving an Individual in a Foreign Country of the Federal Rules of Civil Procedure*. When individuals and corporations are not residents, Rule 4(m) *Time Limit For Service* states in its last sentence, "This subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(j)(1)."

3. Prospective counsel for the Defendants, Kenny Nachwalter[i], has been consulted on this motion and has acknowledged that service was made on two (2) of the Defendants on November 3, 2014 and that they will accept service (once the matter is reinstated) on the third Defendant.
4. Based on that Rule 4(m), the Plaintiff requests this Court to Set Aside the Order of Dismissal dated November 10, 2014.

**WHEREFORE,** the Plaintiff, EUROSPORT ACTIVE WORLD CORPORATION, INC., requests this Court to grant this motion, Vacate the Dismissal and Reinstate the case.

Dated this 24th day of November, 2014.

Respectfully submitted,

*/s/ Corey E. Hoffman*
COREY E. HOFFMAN, P.A.
Attorney for Plaintiff
FBN 229776
3250 MARY STREET, STE 303
COCONUT GROVE, FLORIDA 33133
Tel: 305-443-5600 / Fax: 305-443-6624
corey@coreyhoffman.com primary
chris@coreyhoffman.com secondary

---

[i] A courtesy copy of this Motion has been forwarded to the prospective attorney for the Defendants.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 14-22393-CIV-MARTINEZ-GOODMAN

EUROSPORT ACTIVE WORLD
CORPORATION, INC.,

    Plaintiff,

vs.

BANQUE CANTONALE NEUCHATELOISE,
et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO SERVE

THIS CAUSE came before the Court upon *sua sponte* review. The Court has carefully considered the record and is otherwise duly advised. The Complaint was filed on June 27, 2014. The time to serve Defendants Banque Cantonale Neuchateloise, Nelcy Mayorez-Bovet and David Moser ("Defendants"), under Rule 4(m) of the Federal Rules of Civil Procedure has passed, and to date, Plaintiff Eurosport Active World Corporation, Inc. has not filed an executed return of service or requested an extension of time to accomplish service. It is hereby:

**ORDERED AND ADJUDGED** that

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this case is dismissed without prejudice for failure serve Defendants within 120 days after filing the complaint. The Clerk is directed to mark this case **CLOSED** and deny all pending motions as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this _10_ day of November, 2014.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record



**RÉPUBLIQUE ET CANTON DE NEUCHÂTEL**

TRIBUNAL RÉGIONAL
DU LITTORAL ET DU VAL-DE-TRAVERS
TRIBUNAL CIVIL

Réf. : ENT.2014.190/ orb

# RÉCÉPISSÉ

**Désignation des actes à notifier :**

Executed "Request" in duplicate, "Certificate" (Unexecuted) in duplicate, Summons in duplicate, Complaint with Exhibits in duplicate

**Autorité de laquelle émanent les actes :**

Corey E. Hoffman, Esq., c/o Judicial Process and Support, Inc., 19 W. Flagler Street, #717, Miami, 33130 Floride

**Nom et domicile de la personne à laquelle la notification doit être faite :**

Banque Cantonale Neuchâteloise

Place Pury 4

2000 Neuchâtel

**Lieu, date, heure de la signification et signature du destinataire :**

Lieu, date : La Chaux-de-Fonds, le 3 novembre 2014

Signature :

BANQUE CANTONALE NEUCHÂTELOISE

Stéphane Leuba
Sous-directeur
Compliance Officer

Jean-René Marguet
Fondé de pouvoir



**ne.ch**

RÉPUBLIQUE ET CANTON DE NEUCHÂTEL

TRIBUNAL RÉGIONAL
DU LITTORAL ET DU VAL-DE-TRAVERS
TRIBUNAL CIVIL

| TRIBUNAL RÉGIONAL DU LITTORAL ET DU VAL-DE-TRAVERS / BOUDRY |
|---|
| – 4 NOV. 2014 |
| posté le          à          h. |

Réf. : ENT.2014.191/ orb

# RÉCÉPISSÉ

**Désignation des actes à notifier :**

Executed "Request" in duplicate, "Certificate" (Unexecuted) in duplicate, Summons in duplicate, Complaint with Exhibits in duplicate

**Autorité de laquelle émanent les actes :**

Corey E. Hoffman, Esq., c/o Judicial Process and Support, Inc., 19 W. Flagler Street, #717, Miami, 33130 Floride

**Nom et domicile de la personne à laquelle la notification doit être faite :**

Nelcy Mayorez-Bovet

c/o Banque Cantonale Neuchâteloise

Place Pury 4

2000 Neuchâtel

**Lieu, date, heure de la signification et signature du destinataire :**

Lieu, date : Neuchâtel, le 3.11. 2014

Signature : *[signature]*