US DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NUMBER: 1:14CV22393

EUROSPORT ACTIVE WORLD CORPORATION, INC.,
    Plaintiff,

vs.

BANQUE CANTONALE NEUCHATELOISE
a/k/a BANQUE CANTONALE NEUCHATEL
a/k/a BCN, a Swiss Banking Corporation, DAVID
MOSER, individually and as employee and agent for
BANQUE CANTONALE NEUCHATEL, and
NELCY MAYOREZ-BOVET a/k/a"CX2", individually
and as employee and agent for BANQUE CANTONALE
NEUCHATEL,
    Defendant(s).
_____/

## NOTICE OF FILING PROOF OF SERVICE DOCUMENTS AND CERTIFIED TRANSLATION

THE PLAINTIFF HEREIN, EUROSPORT ACTIVE WORLD CORPORATION, INC., hereby files the original Return of Service on Defendant, NELCY MAYOREZ-BOVET, dated November 4, 2014, and Return of Service on Defendant, BANQUE CANTONALE NEUCHATELOISE a/k/a BANQUE CANTONALE NEUCHATEL a/k/a BCN, a Swiss Banking Corporation BCN, dated November 4, 2014, and the certified translations of those documents.

Dated this 11th day of December, 2014.

Respectfully submitted,

*[signature]*
COREY E. HOFFMAN, P.A.
Attorney for Plaintiff
FBN 229776
3250 MARY STREET, STE 303
COCONUT GROVE, FLORIDA 33133
Tel: 305-443-5600 / Fax: 305-443-6624
corey@coreyhoffman.com primary
chris@coreyhoffman.com secondary

**[ Logo : ne.ch ]**

REPUBLIC AND CANTON OF NEUCHÂTEL

REGIONAL COURT
CIVIL COURT OF LITTORAL AND
VAL-DE-TRAVERS

PO BOX 36
2017 BOUDRY

Mr.
Corey E. Hoffman
Judicial Process and Support, Inc.
19 W. Flagler Street, #717,
Miami, Florida 33130 - USA

NI REF.: ENT.2014.191/orb
(TO REMEMBER IN ALL COMMUNICATION)
V/REF.:

Boudry, November 4, 2014

Notification to Nelcy Mayorez-Bovet

Dear Mr.

You will find enclosed the receipt and a copy of the deed handed over to the person concerned. Please accept, Sir, our most distinguished sentiments.

Pour le greffier du Tribunal

Orphanie Biloa

Annexes: ment.

CH-2017 BOUDRY JUDICIAL HOTEL LOUIS-FAVRE 39 PO BOX 38
TEL. 032 889 81 83 032 889 80 39 FAX CCP 20-1884 - 8 IBAN CH55 0900 0000 2000 1684 8

[Logo: ne.ch]

REPUBLIC AND CANTON OF NEUCHÂTEL

REGIONAL COURT
CIVIL COURT OF LITTORAL AND
VAL-DE-TRAVERS

REGIONAL CIVIL COURT OF
LITTORAL AND VAL-DE-TRAVERS

-4 NOV. 2014

posted on         at         h.

Ref.: ENT.2014.191/orb

# RECEIPT

Designation of documents to be served:

Executed "Request" in duplicate, "Certificate" (Unexecuted) in duplicate, Summons in duplicate, Complaint with Exhibits in duplicate

Authority from which the deeds originate:

Corey E. Hoffman, Esq., c/o Judicial Process and Support, Inc., 19 W. Flagler Street, #717, Miami, 33130 Florida

Name and address of the person to whom the notice must be notified:

Nelcy Mayorez-Bovet

c/o CANTONALE NEUCHATEL BANK

Place Pury 4
2000 Neuchâtel

Place, date, time of service and signature of the recipient:

Place, date: [Handwriting: Neuchâtel, on 11.3.2014]

Signature: [Signature]



A Judicial Process & Support, Inc. Brand

19 West Flagler Street, Suite 717, Miami, FL 33130   www.thelanguageexperts.com   P 305.347.3353 F 305.347.3354

## TRANSLATION: CERTIFICATE OF ACCURACY

Translation Declaration

Re: Translation Reference Number: 2014008501.1

The Language Experts, hereby certifies that the above-mentioned document Number 2014008501.1 has been translated by an experienced and qualified professional translator from French into English, and that in our best judgment, the translated text truly reflects the content, meaning and style of the original text and constitutes in every respect an accurate and complete translation of the original document.

This is to certify the accuracy of the translation only. We do not guarantee that the original is a genuine document or that the statements in the original document are true.

_____        Date: 11-30-14

Raymond Gutierrez, The Language Experts

STATE OF FLORIDA

COUNTY MIAMI-DADE

Subscribed and sworn to before me this 30th day of November, 2014

_____        _____
Signature of Notary Public, State of Florida    Stamp: Commissioned Name of Notary

Personally known _____ or produced identification _____ Type of I.D. _____

MARIA J. GUTIERREZ
Notary Public - State of Florida
My Comm. Expires Jan 25, 2017
Commission # EE 867821
Bonded Through National Notary Assn.



# [Logo: ne.ch]

REPUBLIC AND CANTON OF NEUCHÂTEL

REGIONAL COURT
CIVIL COURT OF LITTORAL AND
VAL-DE-TRAVERS

PO BOX 36
2017 BOUDRY

Mr.
Corey E. Hoffman
Judicial Process and Support, Inc.
19 W. Flagler Street, #717,
Miami, Florida 33130 - USA

N/REF: ENT.2014.190/orb
(TO REMEMBER IN ALL COMMUNICATION)
V/REF.:

Boudry, November 4, 2014

Notification to BCN

Dear Sir,

You will find enclosed the receipt and a copy of the deed handed over to the person concerned. Please accept, Sir, our most distinguished sentiments.

Pour le greffier du Tribunal

Orphanie Biloa

Annexes: ment.

[ Logo : ne.ch ]

REPUBLIC AND CANTON OF NEUCHÂTEL

REGIONAL COURT
CIVIL COURT OF LITTORAL AND
VAL-DE-TRAVERS

Ref. ENT.2014.190/orb

# RECEIPT

Designation of documents to be served:

Executed "Request" in duplicate, "Certificate" (Unexecuted) in duplicate, Summons in duplicate, Complaint with Exhibits in duplicate

Authority from which the deeds originate:

Corey E. Hoffman, Esq., C / o Judicial Process and Support, Inc., 19 W. Flagler Street, # 717, Miami, FL 33130

Name and address of the person to whom the notice must be notified:

Cantonal Bank of Neuchâtel
Place Pury 4
2000 Neuchâtel

Place, date, time of service and signature of the recipient:

Place, date: [handwriting: La Chaux-de-Fonds, le 3 novembre]

Signature :          CANTONALE NEUCHATEL BANK

[Signature]                     [Signature]
Stephane Leuba                  Jean-Rene Marguet
Assistant Director              Proxyholder
Compliance Officer



19 West Flagler Street, Suite 717, Miami, FL 33130    www.thelanguageexperts.com    A Judicial Process & Support, Inc. Brand    P 305.347.3353 F 305.347.3354

## TRANSLATION: CERTIFICATE OF ACCURACY

Translation Declaration

Re: Translation Reference Number: 2014008503.1

The Language Experts, hereby certifies that the above-mentioned document Number 2014008503.1 has been translated by an experienced and qualified professional translator from French into English, and that in our best judgment, the translated text truly reflects the content, meaning and style of the original text and constitutes in every respect an accurate and complete translation of the original document.

This is to certify the accuracy of the translation only. We do not guarantee that the original is a genuine document or that the statements in the original document are true.

_____    Date: 11-30-14

Raymond Gutierrez, The Language Experts

STATE OF FLORIDA

COUNTY MIAMI-DADE

Subscribed and sworn to before me this 30th day of November, 2014

Signature of Notary Public, State of Florida    Stamp: Commissioned Name of Notary

Personally known ✓ or produced identification _____ Type of I.D. _____



MARIA J. GUTIERREZ
Notary Public - State of Florida
My Comm. Expires Jan 25, 2017
Commission # EE 867821
Bonded Through National Notary Assn.

