UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  14-22393-CIV-MARTINEZ-GOODMAN**

EUROSPORT ACTIVE WORLD
CORPORATION, INC.,

        Plaintiff,

vs.

BANQUE CANTONALE NEUCHATELOISE,
et al.,

        Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO VACATE ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO SERVE

THIS CAUSE came before the Court upon Plaintiff's Motion to Vacate Order of

Dismissal Without Prejudice for Failure to Serve [ECF No. 6], filed on November 24, 2014.

After review of the record and being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Vacate Order of Dismissal

Without Prejudice for Failure to Serve [ECF No. 6] is **GRANTED**.  The Clerk is instructed to

**REOPEN THE CASE**.  It is further

**ORDERED AND ADJUDGED** that Plaintiff's Complaint [ECF No. 1] shall be deemed

filed as of this date.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of December, 2014.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record